UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM LEE GRANT, II

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 3:20-cv-354
JUDGE DOUGLAS R. COLE
Magistrate Judge Newman

## ORDER

This cause comes before the Court on the Magistrate Judge's August 28, 2020 Report and Recommendation ("R&R") (Doc. 3). The Magistrate Judge recommends that the Court **DISMISS** the Plaintiff's case in its entirety as a frivolous action under 28 U.S.C. § 1915. Plaintiff's complaint alleges a number of fantastic conspiracy theories, including accusing the government of "creating" him to predict nuclear attacks, detaining him in the Pentagon, and directing dentists to drill the enamel off his teeth. (Doc. 1-1, #7-8). Plaintiff has presented these same frivolous claims in a dozen federal courts from Alabama to Hawaii. (Doc. 3, #27). Accordingly, the Magistrate Judge also recommends that this Court notify the Plaintiff that any further attempts to file similar complaints in this District may result in this Court declaring him a vexatious litigator. (*Id.*).

The R&R advised both parties that a failure to object within the time period provided in the R&R may result in forfeiture of rights on appeal, which includes the right to District Court review. (*See* Doc. 3, #28). *See also Thomas v. Arn*, 474 U.S. 140,

152 (1985) ("There is no indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to review a magistrate's report to which no objections are filed."); *Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019) (noting "fail[ure] to file an objection to the magistrate judge's R & R … is forfeiture"); 28 U.S.C. § 636(b)(1)(C). The time for filing objections has long since passed, and perhaps unsurprisingly given the frivolous nature of these claims, none have been filed.

Therefore, the Court **ADOPTS** the Report and Recommendation (Doc. 3) and **DISMISSES** the Plaintiff's action in its entirety. The Court **DIRECTS** the Clerk to enter judgment accordingly. Plaintiff is **NOTIFIED** that further attempts to file similar complaints in this District may result in the Court deeming him a vexatious litigator.

**SO ORDERED.**

November 3, 2020
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**